James ELDER, Plaintiff–Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Off. of Dis. Adjud. & Review, Defendant–Appellee.

No. 10–56998.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 19, 2012.

James Elder, Riverside, CA, pro se.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

James Elder appeals pro se from the district court's order denying his request to proceed in forma pauperis. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir.1987). We reverse and remand.

The district court did not have the benefit of full information regarding Elder's

financial situation. Based upon additional information submitted on appeal, we reverse the denial of Elder's request to proceed in forma pauperis and remand for further proceedings. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 203, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993) (an individual is indigent under 28 U.S.C. § 1915 if he is unable to pay fees and still provide the necessities of life for himself and any dependents).

Elder shall bear his own costs on appeal.

**REVERSED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

